| | |
|---|---|
| 1 | JOHN F. GARLAND   #117554 |
| | Attorney at Law |
| 2 | 1713 Tulare Street, Suite 221 |
| | Fresno, California 93721 |
| 3 | |
| | Telephone: (559) 497-6132 |
| 4 | Facsimile:  (559) 445-0156 |
| 5 | Attorney for Defendant, |
| | TRAVIS  RAY  PIXLEY |
| 6 | |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:12-CR-00084 AWI |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION TO ADVANCE |
| | ) | SENTENCING HEARING |
| v. | ) | AND ORDER THEREON |
| | ) | |
| TRAVIS  RAY  PIXLEY, | ) | DATE: July 23, 2012 |
| | ) | TIME:  10:00 a.m. |
| | ) | Courtroom Two |
| Defendant. | ) | |
| | ) | HONORABLE ANTHONY W. ISHII |

   Defendant, TRAVIS  RAY  PIXLEY, through his counsel, John F. Garland and the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Stanley A. Boone, Assistant United States Attorney, hereby stipulate to advance the defendant's sentencing hearing from August 6, 2012 to **July 23, 2012** at **10:00 a.m.**

   United States Probation Officer Brian J. Bedrosian agrees to the advanced sentencing hearing date.


Dated: July 16, 2012                                         /s/ John F. Garland
                                                                            John F. Garland
                                                                         Attorney for Defendant
                                                                          TRAVIS RAY PIXLEY

1

Dated: July 16, 2012

Benjamin B. Wagner
United States Attorney

By: /s/ Stanley A. Boone
STANLEY A. BOONE
Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the sentencing hearing for defendant TRAVIS RAY PIXLEY is advanced to July 23, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated: July 16, 2012

CHIEF UNITED STATES DISTRICT JUDGE